UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-22448-CIV-WILLIAMS

FRANCISCO RODRIGUEZ CRUZ,

    Plaintiff,

vs.

PABLO SANTIESTEBAN, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation (the "***Report***") (DE 5) that the Court dismiss *pro se* Plaintiff Francisco Rodriguez Cruz's ("***Plaintiff***") Complaint (DE 1) without prejudice and close this case. Plaintiff filed no objections to the Report and the time to file objections has lapsed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 5) is **AFFIRMED AND ADOPTED**.
2. This case is **DISMISSED WITHOUT PREJUDICE**.
3. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>28th</u> day of November, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE